IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **LINDSEY JOHNSON,**<br><br>     Plaintiff,<br><br>vs.<br><br>**MAYVILLE STATE UNIVERSITY,**<br><br>     Defendant. | Case No. 3:24-cv-232<br><br>**MOTION TO WITHDRAW COUNSEL** |

**COMES NOW** the undersigned counsel, who hereby moves to withdraw as counsel for the Plaintiff in this matter. In support of the motion, the undersigned states the following:

1. The undersigned counsel has accepted employment elsewhere and, as a consequence, will no longer be an associate with the firm representing the Plaintiff, Newkirk Zwagerman PLC, as of June 9, 2025.

2. Attorney Jill Zwagerman will continue representing the Plaintiff in this matter going forward.

3. Accordingly, the undersigned respectfully requests the Court enter an order withdrawing the undersigned as counsel for the Plaintiff in this matter.

**WHEREFORE**, the undersigned respectfully requests the Court enter an order withdrawing the undersigned counsel, Attorney Jacquelyn Judickas, as counsel for the Plaintiff in this matter.

                **RESPECTFULLY SUBMITTED**

NEWKIRK ZWAGERMAN, P.L.C.

*/s/    Jacquelyn Judickas*
Jacquelyn Judickas AT0015272
Jjudickas@newkirklaw.com
3900 Ingersoll Ave Suite 201
Des Moines IA 503012
Telephone:  (515) 883-2000