## CLERK'S MINUTES - SETTLEMENT CONFERENCE

| | |
|---|---|
| **CASE TITLE:** | Johnson v. Mayville State University |
| **CASE NO:** | 3:24-cv-232 |
| **BEFORE:** | Magistrate Judge Alice R. Senechal |
| **LOCATION:** | Fargo |
| **DATE:** | January 16, 2026 |
| **TIME:** | 10:30 AM |
| **RECESS:** | 1:10 p.m. |

_____   CASE SETTLED

\_\_\_\_X_____   CASE DID NOT SETTLE

\_\_\_\_X_____   ANY FOLLOW UP?  Court will follow up with counsel