IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **LINDSEY JOHNSON,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**MAYVILLE STATE UNIVERSITY,**<br><br>　　　　Defendant. | Case No. 3:24-cv-232<br><br><br>**PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

Plaintiff Lindsey Johnson, by and through undersigned counsel, hereby accepts Defendant Mayville State University's Rule 68 Offer of Judgment dated January 27, 2026, for judgment in the amount of $75,000.00, plus recoverable costs incurred to the date of the offer.

Dated this 9th day of February, 2026.

　　　　　　　　　　　　　　　　　　　**RESPECTFULLY SUBMITTED,**

　　　　　　　　　　　　　　　　　　　NEWKIRK ZWAGERMAN, P.L.C.

　　　　　　　　　　　　　　　　　　　*/s/ Jill M. Zwagerman*
　　　　　　　　　　　　　　　　　　　Jill M. Zwagerman AT0000324
　　　　　　　　　　　　　　　　　　　*Admitted PHV*
　　　　　　　　　　　　　　　　　　　jzwagerman@newkirklaw.com
　　　　　　　　　　　　　　　　　　　Myles D. Young AT0015091
　　　　　　　　　　　　　　　　　　　*Admitted PHV*
　　　　　　　　　　　　　　　　　　　Myoung@newkirklaw.com
　　　　　　　　　　　　　　　　　　　3900 Ingersoll Ave., Suite 201

Des Moines, IA 50312
Telephone: 515-883-2000


Leo FJ Wilking (ND 03629)
Wilking Law Firm
3003 32nd Ave S., Suite 240
Fargo, ND 58103
Phone: (701) 356-6823
Fax: (701) 478-7621
lwilking@wilkinglaw.com

Attorneys for Plaintiff


Jane Sportiello
Courtney R. Titus
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
jsportiello@nd.gov
ctitus@nd.gov

Attorneys for Mayville State University