UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lindsey Johnson,<br><br>            Plaintiff,<br><br>v.<br><br>Mayville State University,<br><br>            Defendant. | **RULE 68<br>OFFER OF JUDGMENT**<br><br>Case No. 3:24-cv-232 |

**TO:** **LINDSEY JOHNSON, BY AND THROUGH HER COUNSEL OF RECORD, JILL M. ZWAGERMAN AND MYLES YOUNG, NEWKIRK ZWAGERMAN, P.L.C., 3900 INGERSOLL AVE., SUITE 201, DES MOINES, IA 50312 AND LEO F.J. WILKING, WILKING LAW FIRM, PLLC, P.O. BOX 3085, FARGO, ND 58108.**

[¶1]   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Mayville State University ("MSU") by and through counsel, hereby offers Plaintiff Lindsey Johnson ("Plaintiff") judgment in the amount of $75,000.00, plus recoverable costs incurred to the date of this offer.

[¶2]   If the Offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn. Evidence of the Offer is not admissible except in a proceeding to determine costs. If any judgment finally obtained by Plaintiff is not more favorable than the Offer, the Plaintiff must pay the costs incurred after the making of the Offer.

Dated this 27th day of January, 2026.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:    /s/ Courtney R. Titus
      Courtney R. Titus
      Assistant Attorney General
      State Bar ID No. 08810
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Email ctitus@nd.gov

      /s/Jane G. Sportiello
      Jane G. Sportiello
      Assistant Attorney General
      State Bar ID No. 08900
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Email jsportiello@nd.gov

Attorneys for Mayville State University.