# Newkirk Zwagerman P.L.C.     INVOICE

3900 Ingersoll Ave., Suite 201  
Des Moines, Iowa 50312

Invoice # 405  
Date: 02/20/2026  
Due On: 03/22/2026

Lindsey Johnson  
920 Riverwood Dr  
Mayville, ND 58257

## 02524-Johnson,Lindsey

## Mayville State University

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 06/12/2023 | Review of docs from client | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 06/15/2023 | Email to client | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 06/16/2023 | Review of response re: grievance | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/05/2023 | Review of message to client re: investigation | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/05/2023 | Drafted and edited fee agreement letter | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/06/2023 | Email from and to client re: strategy for case | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 07/07/2023 | Email from and to client re: meeting with HR | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/07/2023 | Research on recording laws | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 07/18/2023 | Email from and to client re: mitigation | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 07/20/2023 | Email to client re: mitigation and investigation | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/27/2023 | Email from and to client re: investigation process and timeline | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 07/28/2023 | Review of emails from client, email to client re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 08/05/2023 | Review of emails from client, email to client re: strategy and timeline | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 08/12/2023 | Emails from and to client re updates on case .1<br>Conference with client re: same | Jill Zwagerman | 0.90 | $500.00 | $450.00 |

**Ex. C, Pg. 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/24/2023 | Email from and to Lindsay re: second investigation and strategy | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 08/30/2023 | Email from and to client and review of previous emails | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 09/01/2023 | Review of local rules, call with Wilking re: same | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 09/04/2023 | Email from and to client, strategy for EEOC complaint | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 09/07/2023 | Email from and to client re: EEOC | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/02/2023 | Drafted EEOC narrative | Jill Zwagerman | 0.90 | $500.00 | $450.00 |
| Service | 10/03/2023 | Review of EEOC notices and emails, emails to and from staff and client | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 10/03/2023 | Review of additional emails from EEOC | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 10/17/2023 | Email from and to assistant re: mediation | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/03/2023 | Review of emails from client re: mediation and timeline | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 11/03/2023 | Review of email from EEOC | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/03/2023 | Email from and to client re: status of case | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/06/2023 | Email from assistant re: EEOC filings | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/07/2023 | Email to assistant re; EEOC filings | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/07/2023 | Review of Def Position statement and review of exhibits | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 11/07/2023 | Emails to and from client, continue to review documents for claims from client | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 11/16/2023 | Conference with client re: EEOC | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 11/30/2023 | Email from and to client re: EEOC reply | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/30/2023 | Drafted EEOC Reply | Jill Zwagerman | 1.40 | $500.00 | $700.00 |
| Service | 12/01/2023 | Drafted EEOC reply and emails to and from client re: factual basis | Jill Zwagerman | 3.10 | $500.00 | $1,550.00 |
| Service | 12/01/2023 | Edit EEOC reply per JZ | Jacque Judickas | 0.50 | $250.00 | $125.00 |
| Service | 12/01/2023 | Additional revisions to Reply and drafted affidavit | Jill Zwagerman | 0.80 | $500.00 | $400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/03/2024 | Email from and to client re: EEOC status and mitigation | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/16/2024 | Email from and to client re: comparator | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/18/2024 | Review of women's basketball coach technical and ejection, emails to and from client re: same | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 04/08/2024 | Email from to and client re: EEOC process | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 04/09/2024 | Email from client re: status of case | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 06/11/2024 | Email from and to client re: next steps | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 06/11/2024 | Emails w/ JZ and client re updates and introducing JJ | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 06/19/2024 | worked on drafting Complaint | File / Law Clerk | 0.50 | $125.00 | $62.50 |
| Service | 07/19/2024 | Respond to client re seeking update | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 07/19/2024 | Review of email form client and JJ | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 08/07/2024 | Reviewing file and Complaint | Jacque Judickas | 0.40 | $250.00 | $100.00 |
| Service | 08/07/2024 | Edits to Complaint | Jacque Judickas | 0.40 | $250.00 | $100.00 |
| Service | 08/09/2024 | Reviewing personnel file, more edits to Complaint, send to law clerk and JZ w/ notes to edit | Jacque Judickas | 1.00 | $250.00 | $250.00 |
| Service | 08/12/2024 | Email to client re RTS | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 08/12/2024 | Review of email from JJ and client re: filing of lawsuit timing | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 08/14/2024 | Review law clerk's edits to petition; email re same; edit and send to JZ | Jacque Judickas | 0.50 | $250.00 | $125.00 |
| Service | 08/15/2024 | Drafted Complaint, changes and edits to Complaint | Jill Zwagerman | 2.20 | $500.00 | $1,100.00 |
| Service | 08/19/2024 | Review JZ's edits to Complaint | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 08/29/2024 | Conf. w/ JZ re types of claims to bring and plan | Jacque Judickas | 0.30 | $250.00 | $75.00 |
| Service | 08/29/2024 | Review of Complaint, conference with JJ re: strategy | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 09/11/2024 | Review and respond to client's email re update | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 09/24/2024 | Review of file, review of status of Complaint, email to JJ re: same, | Jill Zwagerman | 0.40 | $500.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | email to and from local counsel | | | | |
| Service | 09/24/2024 | Conf. and emails w/ JZ re Complaint; edit Complaint and review file to fill in gaps of missing info; emails w/ staff re RTS; send Complaint back to JZ | Jacque Judickas | 0.80 | $250.00 | $200.00 |
| Service | 09/24/2024 | Emails to and from JJ, emails to and from Wilking, drafted engagement letter, conference with JJ, revisions to Complaint, emails to client re: same | Jill Zwagerman | 2.70 | $500.00 | $1,350.00 |
| Service | 09/25/2024 | Emails b/t JZ and client; begin edits to Complaint per client; email to client seeking clarification | Jacque Judickas | 0.30 | $250.00 | $75.00 |
| Service | 09/25/2024 | Emails to and from JZ re editing Complaint and beefing up claims | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 09/25/2024 | More edits to Complaint and adding in info provided by client | Jacque Judickas | 0.70 | $250.00 | $175.00 |
| Service | 09/25/2024 | Changes and revisions and more revisions to Complaint, research on EPA for retaliation, emails to and from client re: status and changes to complaint, email to assistant re: right to sue letter, review of emails to EEOC, review of emails from EEOC and supporting documentation to DOJ, review of portal, email to local counsel re: claims and damages and copy of draft petition | Jill Zwagerman | 2.90 | $500.00 | $1,450.00 |
| Service | 09/25/2024 | Review JZ's email to local counsel re petition and claims | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 10/02/2024 | Review JZ's email to client re lawsuit and plan | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 10/02/2024 | Changes and revisions to Complaint .3<br>Conference with client re: settlement and complaint .3<br>Email to client re: settlement and complaint .5 | Jill Zwagerman | 1.10 | $500.00 | $550.00 |
| Service | 10/07/2024 | Review of email with RTS from EEOC | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/08/2024 | Email from client and from JZ re next steps, lawsuit, and settlement letter | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 10/08/2024 | Email from and to client re: right to sue letter | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/08/2024 | Emails to and from client, drafted settlement letter, emails to and from assistant re: lost wages and W2s. | Jill Zwagerman | 1.60 | $500.00 | $800.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/08/2024 | Changes to Complaint | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 10/08/2024 | Review settlement letter per JZ | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 10/08/2024 | Emails to and from assistant, revisions to letter, email to Leo re: letter, notes to file on damages. | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 10/11/2024 | Review local counsel's thoughts re petition and plan | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 10/11/2024 | Review of email from Leo, emails to and from Brit re: co-counsel agreement and Complaint, changes to complaint, email to Leo re: strategy | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 10/11/2024 | Emails to and from Brit, drafted civil cover sheet, emails to and from JJ, edits to Lawsuit | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 10/11/2024 | Emails re claims in petition | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 10/17/2024 | Review of email from EEOC, email to and from Brit re: same | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/21/2024 | Email from and to Brit re: filing | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/02/2024 | Email from and to Lindsey re: lawsuit. | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/12/2024 | Emails to and from client re: filing lawsuit, emails to and from assistant re: final changes to lawsuit. Email to Leo re: plan for filing | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/12/2024 | Additional emails with client, emails to and from assistant, drafted PHV | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/13/2024 | Review of emails from Leo, emails to Brit, review of emails from Brit and Leo re: filing | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 11/18/2024 | Review of email from Leo, email to Leo re: filing, fee, and servie | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 11/19/2024 | Email to Leo re: filing<br>Email to Lindsay re: filing, answer and other expectations | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/19/2024 | Emails to and from Leo, review of filings, review of email from Leo to Defendant for service, | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 11/19/2024 | Emails from and to client | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/20/2024 | Review of news article, email to client re: same | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/20/2024 | Review emails b/t JZ and client re | Jacque Judickas | 0.30 | $250.00 | $75.00 |

|  |  | lawsuit and settlement; review article published re lawsuit |  |  |  |  |
|---|---|---|---|---|---|---|
| Service | 11/20/2024 | Review of court order on pro hac admission | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/20/2024 | Emails from and to Wilking re: service, magistrate consent and strategy | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 11/20/2024 | Review emails b/t JZ and local counsel Leo re serving Defendant and magistrate vs. district court judge | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 12/09/2024 | Review of communications and file from Leo, email from and to Leo re: service, email from and to Leo re: letter | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 01/02/2025 | Review of emails from Leo re: service and deadlines. | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/03/2025 | Email from client, email from assistant, email to Leo, email to client, all re: service | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 01/03/2025 | Emails b/t JZ and client and paralegal re deadline for D to file answer - extended per local counsel | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 01/06/2025 | Review of notice of service from Court, mail form and to Leo re: same | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/15/2025 | Drafted discovery | Jill Zwagerman | 2.30 | $500.00 | $1,150.00 |
| Service | 01/21/2025 | Strategy for 30b6 depo | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/27/2025 | Review of court notices | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/28/2025 | Review of notice of court re: scheduling conference; Review of scheduling order form, emails to and from assistant re: same, review of Defendant's answer, message from client, emails to client re: answer | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 01/28/2025 | Review scheduling conference order | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 01/29/2025 | Email from client re materials sent in - taxes, damages worksheet, etc. | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 01/29/2025 | Look at deadlines outlined in court order; email to staff and JZ re same | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 01/29/2025 | Review of order form court, emails to and from assistant re: deadlines and scheduling conferences | Jill Zwagerman | 0.30 | $500.00 | $150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/30/2025 | Emails re scheduling conf. w/ OCF and local counsel | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 01/30/2025 | Review of emails from assistant and Leo re: scheduling conference | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/31/2025 | Email from and to client | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 01/31/2025 | Review JZ's email to client re next steps | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/03/2025 | Review email from JZ to client re next steps | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/06/2025 | Sched. conf. meet and confer w/ OC; follow up call w/ JZ and paralegal; research medical records production requirement under ND federal law, email to JZ re same | Jacque Judickas | 1.10 | $250.00 | $275.00 |
| Service | 02/06/2025 | Emails to and from Courtney .1 Review of Def scheduling order proposal .3 Prep for call re: scheduling order .2 Call with Defendants re: scheduling order .6 Conference with JJ and Brit re: scheduling order .3 | Jill Zwagerman | 1.50 | $500.00 | $750.00 |
| Service | 02/06/2025 | Review JZ email to OC re medical records and edits to scheduling order | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/07/2025 | Email from and to Brit re: docuemnts | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 02/07/2025 | Review emails b/t client, JZ, and paralegal re taxes and grievance filed | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/07/2025 | Review of email from Def, conference with JJ re: same, email from and to JJ re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 02/07/2025 | Review OC's email re medical waiver; discuss w/ JZ; research and draft response based on case law re position to not provide waiver, email response to OC | Jacque Judickas | 0.60 | $250.00 | $150.00 |
| Service | 02/10/2025 | Email from OC re discovery plan, email to JZ re same | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 02/10/2025 | Draft different ways to edit discovery plan to ensure P isn't agreeing to blanket medical waiver; email to JZ re same | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 02/12/2025 | Review of JJ's email regarding options, review of scheduling order, email to JJ re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 02/12/2025 | Email to OC re language proposed for discovery plan | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/19/2025 | Review of correspondence, emails from and to JJ re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 02/19/2025 | Review order re meet and confer and discovery plan; emails w/ JZ re language tweak to plan; follow up w/ OC re same | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 02/24/2025 | Email to opposing counsel re finalizing scheduling order/discovery plan | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/24/2025 | Review of email from JJ to Def | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 02/24/2025 | Review OC's email re discovery plan, email to JZ re same | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/25/2025 | Review of email from Jane to Court | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 02/28/2025 | Emails re attending scheduling conference | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 02/28/2025 | Attend scheduling conference; follow up emails with paralegal re dates and ensuring they work for client | Jacque Judickas | 0.50 | $250.00 | $125.00 |
| Service | 03/04/2025 | Review of notice re: pretrial deadlines from Court | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 03/05/2025 | Review, edits, and revisions and notes to Brit re: intial disclosures, email to JJ re: same | Jill Zwagerman | 1.20 | $500.00 | $600.00 |
| Service | 03/05/2025 | Email to and from JZ re initial disclosures and rule 26 | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 03/06/2025 | Review JZ's edits to IDs | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 03/06/2025 | Emails from and to Brit re: initial disclosures | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 03/12/2025 | Accepted revisions and edits to initial disclosures, added additional witnesses, email and notes on witnesses to assistant | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 03/13/2025 | Email from and to Brit re: additional witnesses | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 03/14/2025 | Emails from and to assistant re: initial disclosures, review of email from Def. | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 03/14/2025 | initial disclosure drafting and client emails/meeting | Britney Deford | 1.00 | $150.00 | $150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/19/2025 | Review info from witness re lawsuit | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 03/19/2025 | Review of message from witness, review of notes, email to assistant re: same | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 03/19/2025 | Review emails re cert. of service for IDs and client wanting to add someone to IDs | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 03/20/2025 | Email from and to Lindsay re: defendant witnesses | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 03/20/2025 | Email from and to Lindsay re: plaintiff witnesses | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 03/20/2025 | Emails b/t JZ and client re updating and explaining IDs | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 03/20/2025 | Review of email re: certification, email to Brit, email to Sam re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 03/20/2025 | Review emails b/t JZ and paralegals re cert. of service | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 03/21/2025 | Email from and to assistant re: witness supplement | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 03/27/2025 | Conf. w/ JZ re facts surrounding termination, plan to notice 30(b)(6), local counsel & rules, etc. | Jacque Judickas | 0.30 | $250.00 | $75.00 |
| Service | 03/27/2025 | Strategy for discovery, conference with JJ re: discovery and 30b6, email to assistant re: notice for 30b6 | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 03/27/2025 | Drafted 30b6, email to JJ re: same | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 03/28/2025 | Drafted email and notice of depo to Defendant | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 03/31/2025 | Review of email on 30b6 from Defendants | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 04/08/2025 | Review of correspondence with defendants, email to Defendant re: 30b6 | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 04/08/2025 | Review JZ email re following up on 30b6 depo | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 04/09/2025 | Strategy for discovery, email to JJ re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 04/09/2025 | Emails w/ JZ re consolidating discovery | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 04/11/2025 | Review of email from Jane re: 30b6 | Jill Zwagerman | 0.10 | $500.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/15/2025 | Review emails re dates for 30(b)(6) depo | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 04/16/2025 | Email from Def re: 30b6 | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 04/16/2025 | Email from OC re confirming 30b6 depo | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 04/16/2025 | Start reviewing discovery drafts, review order re number of ROGs and RFPs afforded; email to JZ re same | Jacque Judickas | 0.40 | $250.00 | $100.00 |
| Service | 04/30/2025 | Email to JZ re 30(b)(6) depo | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 04/30/2025 | Email from client re: status update | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 05/01/2025 | Email to client re: 30b6 deposition and strategy | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 05/01/2025 | Emails from and to client re; 30b6 and scheduling | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 05/01/2025 | Review emails b/t JZ and client re next week's depo | Jacque Judickas | 0.10 | $250.00 | $25.00 |
| Service | 05/05/2025 | Call w/ Lindsey and JZ re witnesses, 30(b)6 depo, etc. | Jacque Judickas | 1.00 | $250.00 | $250.00 |
| Service | 05/05/2025 | Prep for and .3 Meeting with client 1 | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 05/05/2025 | Review of personnel file | Jill Zwagerman | 0.70 | $500.00 | $350.00 |
| Service | 05/06/2025 | Consolidating discovery per JZ | Jacque Judickas | 0.60 | $250.00 | $150.00 |
| Service | 05/06/2025 | Emails w/ JZ re personnel file; review our version vs. D-produced to compare & review emails from JZ re making depo exhibits | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 05/06/2025 | Review of complete personnel file, exhibits for deposition, drafted deposition questions for 30b6 | Jill Zwagerman | 3.30 | $500.00 | $1,650.00 |
| Service | 05/06/2025 | Review and cut/consolidate RFPs and ROGs to comply with scheduling order; email to JZ re same and explaining justifications for cuts | Jacque Judickas | 1.30 | $250.00 | $325.00 |
| Service | 05/07/2025 | Changes and edits to questions in final prep for deposition | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 05/07/2025 | Emails re court reporter for depo, conf. w/ JZ re personnel file and prep; edits to RFPs | Jacque Judickas | 0.40 | $250.00 | $100.00 |
| Service | 05/07/2025 | Attend 30(b)(6) depo taken by JZ | Jacque Judickas | 2.60 | $250.00 | $650.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/07/2025 | Deposition 30b6 2.8<br>Conference with JJ re: depo, review of emails to and from client re: meeting .2 | Jill Zwagerman | 3.00 | $500.00 | $1,500.00 |
| Service | 05/09/2025 | Review notes from last call w/ Lindsey; review initial disclosures; email to paralegal and JZ re updating IDs | Jacque Judickas | 0.30 | $250.00 | $75.00 |
| Service | 05/09/2025 | Emails from and to JJ re: discovery and initial disclosures .1<br>Meeting with client and call with JJ re: meeting .8 | Jill Zwagerman | 0.90 | $500.00 | $450.00 |
| Service | 05/09/2025 | Call w/ Lindsey re depo debriefing and timeline in petition; follow up call w/ JZ re same | Jacque Judickas | 1.00 | $250.00 | $250.00 |
| Service | 05/12/2025 | Review client's email to paralegal re putting together timeline and confirming witness names; review email from paralegal re same | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 05/12/2025 | Review of additional witnesses from client and timeline for documents | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 05/13/2025 | Discuss strategy and case theory with team; review emails b/t JZ and client re timeline | Jacque Judickas | 0.50 | $250.00 | $125.00 |
| Service | 05/13/2025 | Review of email from client, several emails to and from client, conference with TN and JJ re: strategy for case | Jill Zwagerman | 1.10 | $500.00 | $550.00 |
| Service | 06/09/2025 | Review of notice of filing of withdrawal | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 06/09/2025 | Review discovery requests | Jacque Judickas | 0.20 | $250.00 | $50.00 |
| Service | 06/12/2025 | Drafted and revised discovery requests | Jill Zwagerman | 1.80 | $500.00 | $900.00 |
| Service | 06/24/2025 | Email from and to assistant re: conference | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/02/2025 | Email from and to Britney re: discovery and status conference | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/09/2025 | Status conference with Court, .1<br>Review of emails and email to Court re: status conference .2 | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 07/09/2025 | Email from and to Britney re: discrepancy on time of settlement conference, review of email to Jane re: same | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/09/2025 | Additional emails with Britney re: | Jill Zwagerman | 0.20 | $500.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | scheduling | | | | |
| Service | 07/10/2025 | Emails from Britney and Jane and Court and emails to Britney re: scheduling, review of email to client | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 07/11/2025 | Email from and to Leo | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/11/2025 | Email from and to Jane re: discovery extension | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/14/2025 | Emails from and to client and assistant re: discovery | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/14/2025 | Email from Lindsey re: next steps | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 07/14/2025 | Review of DOJ right to sue letter, email to assistant, review of emails to and from DOJ | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 08/20/2025 | Emails to and from assistant re: discovery | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 08/21/2025 | Discovery review of Defendant answers and documents | Jill Zwagerman | 2.00 | $500.00 | $1,000.00 |
| Service | 08/22/2025 | Discovery review | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 09/03/2025 | Review of discovery responses and deficiency letter | Jill Zwagerman | 0.70 | $500.00 | $350.00 |
| Service | 09/03/2025 | Edits and revisions to discovery deficiency letter and review of additional documents | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 09/17/2025 | Review of email re: discovery from client | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 09/23/2025 | Review of email from client re: discovery | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 09/24/2025 | Review of status of communications from Defendant, email to client re: discovery timeline | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 09/24/2025 | Review RFP and ROG responses with J. Zwagerman. | Myles Young | 1.00 | $250.00 | $250.00 |
| Service | 09/24/2025 | Review of discovery documents supplement from Defendant | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 09/24/2025 | Drafted search terms and review of documents, emails to and from Courtney re: discovery | Jill Zwagerman | 1.80 | $500.00 | $900.00 |
| Service | 09/24/2025 | Email from and to Courtney re: discovery | Jill Zwagerman | 0.10 | $500.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/01/2025 | Review of information and documents from Lindsey<br>Meeting with Lindsey, notes to file | Jill Zwagerman | 1.70 | $500.00 | $850.00 |
| Service | 10/08/2025 | Strategy for depositions, emails to and from client re: same | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 10/10/2025 | Prep for call with Lindsay .2<br>Call with Lindsay .7<br>Email to Brit re: discovery .1 | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 10/10/2025 | Review of emails re: discovery, emails to and from assistant, email to client and from client re: discovery, email to Defendant re: supplemental discovery, email to Leo re: discovery | Jill Zwagerman | 0.70 | $500.00 | $350.00 |
| Service | 10/13/2025 | Review of email from Leo | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2025 | Email from and to Britney re: depositions | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/28/2025 | Review of correspondence, followup email to Courtney | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 10/29/2025 | Emails from and to Brit re: discovery | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/30/2025 | Email to Courtney | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/31/2025 | Email to and from assistant re: discovery documents | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 10/31/2025 | Emails to and from Brit re: discovery, .2 conference with client re: discovery .4 | Jill Zwagerman | 0.60 | $500.00 | $300.00 |
| Service | 10/31/2025 | Review and edits to discovery answers | Jill Zwagerman | 2.60 | $500.00 | $1,300.00 |
| Service | 10/31/2025 | phone call regarding discovery answers | Britney Deford | 0.20 | $150.00 | $30.00 |
| Service | 11/03/2025 | Help B. DeFord with Discovery Responses. | Myles Young | 0.50 | $250.00 | $125.00 |
| Service | 11/04/2025 | Email to Britney re: damages. | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/04/2025 | Review of discovery answers and revisions | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 11/04/2025 | Additional revisions to discovery answers | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/04/2025 | Review of emails from Lindsey re: discovery and meet and confer | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/05/2025 | Email to Courtney re: meet and confer | Jill Zwagerman | 0.10 | $500.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 11/06/2025 | Prep for call with Courtney .2 Call with Courtney re: discovery .3 | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 11/07/2025 | Edits to interrogatory responses. | Myles Young | 0.30 | $250.00 | $75.00 |
| Service | 11/10/2025 | Email from and to assistant re: discovery | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 11/11/2025 | Email to Courtney re: scheduling order and mediation extension | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/14/2025 | Email to assistant re: depo notice | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/14/2025 | Drafted notice of deposition, drafted email to Courtney, emails to and from assistant | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 11/14/2025 | Review of proposed schedule order revisions, email to Courtney re: same | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/14/2025 | Additional emails to and from Courtney | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/17/2025 | Review of court orders | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/17/2025 | Email from and to Brit re: deposition schedules | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/17/2025 | Review of discovery answer and documents | Jill Zwagerman | 1.20 | $500.00 | $600.00 |
| Service | 11/19/2025 | Email from and to assistant re: depositions | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 11/20/2025 | Emails to and from defendant re: depositions | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 11/21/2025 | Emails to and from Courtney and review of schedules | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/24/2025 | Emails to and from client and Britney, review of schedule, email to Courtney re: depositions | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 11/24/2025 | Review of email from Jane | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 12/01/2025 | Emails to and from assistant, emails and messages from client, email to Jane all re: discovery | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 12/02/2025 | Review of emails from Jane re: discovery | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 12/03/2025 | Email to and from client re: discovery, review of summaries of discovery documents produced by Defendant | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 12/05/2025 | Review of documents from Defendant | Jill Zwagerman | 0.70 | $500.00 | $350.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | and emails from client re: same |  |  |  |  |
| Service | 12/05/2025 | Email from assistant re: depositions, Email to and from Jane re: depositions, emails from client and assistant re: same | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 12/08/2025 | Emails to and from Britney, review of emails from Britney and client all re: discovery | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/08/2025 | Review of email from Jane, emails to and from assistant, email to assistant re: depos | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/11/2025 | Deposition strategy with Myles | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/11/2025 | Review of email from Def re: depositions | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 12/12/2025 | Emails re: depositions with assistant and review of email to Def | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/16/2025 | Review of email and subpoena from Defendant, email to client, strategy for discovery, call with witness, emails to and from Myles and Britney re: depositions and scheduling, additional emails with client | Jill Zwagerman | 1.80 | $500.00 | $900.00 |
| Service | 12/16/2025 | Additional emails with client, strategy for response to Courtney re: discovery, email to Courtney re: same | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 12/16/2025 | Emails re depositions. | Myles Young | 0.10 | $250.00 | $25.00 |
| Service | 12/16/2025 | Review of amended notice of subpoena | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 12/17/2025 | Review of email from Defendant, strategy for response | Jill Zwagerman | 1.50 | $500.00 | $750.00 |
| Service | 12/17/2025 | Call with client re: discovery and depositions | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 12/17/2025 | Drafted email, redrafted email, email to and from Myles re: email, finally emailed Courtney re: depositions | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 12/17/2025 | Phone call with Lindsey rg. Discovery | Britney Deford | 1.00 | $150.00 | $150.00 |
| Service | 12/18/2025 | Emails to and from client re: witnesses | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/18/2025 | Drafted depo questions for DeCaan | Jill Zwagerman | 4.80 | $500.00 | $2,400.00 |
| Service | 12/19/2025 | Review of supplemental disclosures of witnesses, changes, email to | Jill Zwagerman | 0.40 | $500.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | assistant re: additional changes. | | | | |
| Service | 12/19/2025 | Conference with Myles re: strategy for depositions<br>Review of email from Knutson re: moving deposition, email to assistant re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 12/19/2025 | Began drafting questions for Hill | Jill Zwagerman | 0.60 | $500.00 | $300.00 |
| Service | 12/19/2025 | Discuss deposition scheduling with J. Zwagerman; review emails from opposing counsel re same. | Myles Young | 0.50 | $250.00 | $125.00 |
| Service | 12/19/2025 | Drafted deposition questions | Jill Zwagerman | 4.00 | $500.00 | $2,000.00 |
| Service | 12/19/2025 | Review of email from Courtney re: depositions | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 12/20/2025 | Review of documents for deposition exhibits | Jill Zwagerman | 2.50 | $500.00 | $1,250.00 |
| Service | 12/21/2025 | Drafted deposition questions for Carptenter, Hill and DeCaan | Jill Zwagerman | 5.90 | $500.00 | $2,950.00 |
| Service | 12/22/2025 | Drafted deposition discovery issue to Courtney, research case law, emails to and from Britney re: deposition exhibits, conference with Britney re: email exhibits. | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 12/22/2025 | Depo prep for Scott Parker; Take Scott Parker Deposition. | Myles Young | 4.10 | $250.00 | $1,025.00 |
| Service | 12/22/2025 | Calls and emails with assistant, changes to deposition questions | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 12/23/2025 | Call with Lindsay on depo prep | Jill Zwagerman | 1.40 | $500.00 | $700.00 |
| Service | 12/23/2025 | Prep for depos including reviewing documents and drafting questions | Jill Zwagerman | 2.50 | $500.00 | $1,250.00 |
| Service | 12/26/2025 | Review of discovery docs from Def, emails to and from assistant re: depo exhibits, conference with Myles re: depos, emails to Myles re: potential exhibits | Jill Zwagerman | 3.00 | $500.00 | $1,500.00 |
| Service | 12/27/2025 | Depo prep for Monday and Tuesday, emails to and from Myles and assistant, emails to client | Jill Zwagerman | 3.20 | $500.00 | $1,600.00 |
| Service | 12/28/2025 | Drafted DeCaan questions, revisions to Hill, emails to Myles re: strategy, emails to Brit re: exhibits, review of exhibits | Jill Zwagerman | 3.90 | $500.00 | $1,950.00 |
| Service | 12/29/2025 | Depo prep 1.5 | Jill Zwagerman | 10.40 | $500.00 | $5,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Depos of Parker, Carpenter, Hill and prep in between 8.6 Conference with Myles re: same and strategy for case .3 | | | | |
| Service | 12/30/2025 | Depo of Ryan Hall, conference with Myles re: same | Jill Zwagerman | 3.10 | $500.00 | $1,550.00 |
| Service | 12/30/2025 | Prep with Myles for depo, emails to assistant re: exhibits and discovery documents, emails to and from client re: discovery and depositions | Jill Zwagerman | 1.80 | $500.00 | $900.00 |
| Service | 12/30/2025 | Deposition Preparation for Ryan Hall; Take deposition of Ryan Hall; debrief with client and J. Zwagerman. | Myles Young | 5.70 | $250.00 | $1,425.00 |
| Service | 01/02/2026 | Review of discovery documents, drafted additional exhibits, conference and strategy with Myles, emails to assistant re: missing discovery, review of emails to OC, emails from assistant re: discovery documents | Jill Zwagerman | 6.50 | $500.00 | $3,250.00 |
| Service | 01/03/2026 | Review of discovery document, additional exhibits for depositions | Jill Zwagerman | 2.90 | $500.00 | $1,450.00 |
| Service | 01/04/2026 | Travel to Fargo (5.5) Review of newly produced documents from Def, emails to and form Brit and Myles and client re: same 1 | Jill Zwagerman | 6.50 | $500.00 | $3,250.00 |
| Service | 01/05/2026 | Deposition of Lindsey Johnson 7.3 Conference with client re: deposition .5 Call with Myles re: deposition and emails with Myles re: depos .3 Email to OC re: postponing depositions .1 | Jill Zwagerman | 8.20 | $500.00 | $4,100.00 |
| Service | 01/05/2026 | Deposition of Lindsey Johnson; discuss with J. Zwagerman. | Myles Young | 8.00 | $250.00 | $2,000.00 |
| Service | 01/06/2026 | Travel 5:30 am -4:25 pm (11 hours) Drafted DeCaan questions 3.4 Review of email from Jane re: discovery .1 Review of email from Jane re: depositions .1 | Jill Zwagerman | 11.00 | $500.00 | $5,500.00 |
| Service | 01/06/2026 | emails and drafts rg. supplemental discovery | Britney Deford | 0.20 | $150.00 | $30.00 |
| Service | 01/07/2026 | Conference with Myles re: depositions and strategy for case, review of email from Leo, email to Leo re: mediation | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 01/07/2026 | Drafted additional questions for | Jill Zwagerman | 2.50 | $500.00 | $1,250.00 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | Decaan |   |   |   |   |
| Service | 01/07/2026 | Review of message from attorney, call with attorney, email to staff re: Darren Tighe | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 01/08/2026 | Deposition of Jay Decann. | Myles Young | 7.30 | $250.00 | $1,825.00 |
| Service | 01/08/2026 | Prep for depo 1.1 Deposition of DeCann and conference with client 7.3 | Jill Zwagerman | 8.40 | $500.00 | $4,200.00 |
| Service | 01/08/2026 | Review of emails from client and Britney re: discovery, email to Brit re: damages summary | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/09/2026 | Emails and call with Leo re: settlement strategy | Jill Zwagerman | 0.50 | $500.00 | $250.00 |
| Service | 01/09/2026 | Created damages summaries, emails to and from Brit and Myles re: discovery, review of messages, drafted mediation statement | Jill Zwagerman | 4.90 | $500.00 | $2,450.00 |
| Service | 01/09/2026 | emails and drafts rg. supplemental discovery | Britney Deford | 0.20 | $150.00 | $30.00 |
| Service | 01/12/2026 | Email from and to court re: mediation statement | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/12/2026 | Finished drafting mediation statement, changes to damages summaries, gathered exhibits for mediation statement, email to Myles re: same | Jill Zwagerman | 2.30 | $500.00 | $1,150.00 |
| Service | 01/12/2026 | Emails to and from Myles re: discovery and mediation statement, final changes to mediation statement | Jill Zwagerman | 0.40 | $500.00 | $200.00 |
| Service | 01/12/2026 | Review mediation statement per J. Zwagerman. | Myles Young | 1.20 | $250.00 | $300.00 |
| Service | 01/13/2026 | Review of medical records, email to Myles and Brit re: discovery supplements | Jill Zwagerman | 0.60 | $500.00 | $300.00 |
| Service | 01/13/2026 | Review of discovery emails | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 01/14/2026 | Review of message from client, email to assistant re: mediation | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/14/2026 | Review of discovery, emails to and from assistant re: supplemental discovery. Conference with Myles and TN re: same | Jill Zwagerman | 0.70 | $500.00 | $350.00 |
| Service | 01/14/2026 | Email from and to witness attorney | Jill Zwagerman | 0.10 | $500.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/14/2026 | Changes to discovery pleadings, review of documents, emails to assistant for additional and corrected documents | Jill Zwagerman | 1.60 | $500.00 | $800.00 |
| Service | 01/14/2026 | emails and drafts rg. supplemental discovery | Britney Deford | 0.20 | $150.00 | $30.00 |
| Service | 01/15/2026 | Conference with client re: mediation, .7<br>Damages summary -third option .3<br>Emails to and from Jane re mediation and weather lookup, conferences with Myles and TN re: options .3 | Jill Zwagerman | 1.30 | $500.00 | $650.00 |
| Service | 01/16/2026 | Meeting with client .5<br>Mediation 3<br>Meeting with client .5<br>Travel home 7.5 | Jill Zwagerman | 11.50 | $500.00 | $5,750.00 |
| Service | 01/16/2026 | Review of emails from Court and OC re: mediation logistics | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/19/2026 | Email to Leo re: mediation status, notes to file. | Jill Zwagerman | 0.30 | $500.00 | $150.00 |
| Service | 01/19/2026 | EADA data, and test for Lindsey Johnson's motion. | Thomas Newkirk | 0.30 | $650.00 | $195.00 |
| Service | 01/19/2026 | Additional emails to and from Leo re: strategy of case | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/19/2026 | Review of damages graphs by TN, emails to TN re: same | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/19/2026 | Review of discovery emails with Myles and Jane, email to Myles re: same | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/21/2026 | Email from and to witness's attorney | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/22/2026 | Review of TIghe messages, emails to assistant .4<br>Call with witness attorney .2 | Jill Zwagerman | 0.60 | $500.00 | $300.00 |
| Service | 01/22/2026 | Review of medical records | Jill Zwagerman | 0.90 | $500.00 | $450.00 |
| Service | 01/23/2026 | Review of emails from client re: texts | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/23/2026 | Review of documents from client<br>Emails to and from Defendant | Jill Zwagerman | 1.50 | $500.00 | $750.00 |
| Service | 01/26/2026 | Review of notice of deposition, emails from and to assistant re: same | Jill Zwagerman | 0.10 | $500.00 | $50.00 |
| Service | 01/26/2026 | Review of text messages | Jill Zwagerman | 1.00 | $500.00 | $500.00 |
| Service | 01/27/2026 | Prep for Depo with Myles | Jill Zwagerman | 0.60 | $500.00 | $300.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/27/2026 | Emails to and from assistant and client | Jill Zwagerman | 0.20 | $500.00 | $100.00 |
| Service | 01/27/2026 | Depo of McGruder 1.6 Conference with Lindsey re: same .4 | Jill Zwagerman | 2.00 | $500.00 | $1,000.00 |
| Service | 01/27/2026 | Prep for deposition of McGruder; take McGruder Deposition; debrief with J. Zwagerman and client. | Myles Young | 6.30 | $250.00 | $1,575.00 |

**Total** **$126,702.50**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 405 | 03/22/2026 | $126,702.50 | $0.00 | $126,702.50 |
| | | | **Outstanding Balance** | **$126,702.50** |
| | | | **Total Amount Outstanding** | **$126,702.50** |