**WILKING LAW FIRM**

3003 32nd Ave. South - Suite 240
P.O. Box 3085
Fargo, ND 58108-3085
701 356 6823

February 10, 2026

**Jill Zwagerman**
3900 Ingersoll Ave.
Suite 291
Des Moines, IA 50312

**Invoice Number: 1148**
Invoice Period: 01-05-2023 - 02-10-2026

Payment Terms: Due Upon Receipt

**RE: Lindsey Johnson**

## Legal Services

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-27-2023 | Leo Wilking | Phone conference with Lindsey Johnson re: potential Title IX lawsuit against Mayville State | 0.30 | 350.00 | 105.00 |
| 06-06-2023 | Leo Wilking | E-mail to Lindsey Johnson recommending Attorney Jill Zwagerman for lawsuit | 0.20 | 350.00 | 70.00 |
| 09-26-2024 | Leo Wilking | E-mail to Attorney Zwagerman re: punitive damages, notice requirement for suit against state entity; time limitation under North Dakota Human Rights Act, etc. | 0.80 | 350.00 | 280.00 |
| 09-27-2024 | Leo Wilking | Phone conference with Attorney Zwagerman | 0.30 | 350.00 | 105.00 |
| 10-08-2024 | Leo Wilking | Review settlement demand letter to Mayville State | 0.20 | 350.00 | 70.00 |
| 10-10-2024 | Leo Wilking | Review and revise draft Complaint; email to Attorney Zwagerman re: suggested revisions | 0.80 | 350.00 | 280.00 |
| 11-19-2024 | Leo Wilking | Filed Complaint with clerk of U.S. District Court; receipt of Summons | 0.50 | 350.00 | 175.00 |
| 01-09-2026 | Leo Wilking | Phone conference with Attorney Zwagerman re: strategy for mediation with Magistrate Senechal | 0.60 | 350.00 | 210.00 |
| ~~02-06-2026~~ | ~~Leo Wilking~~ | ~~Review memo from Attorney Myles Young with case law on content of Rule 68 Offer of Judgment; phone conference with Attorneys Zwagerman and Young~~ | ~~0.70~~ | ~~350.00~~ | ~~245.00~~ <span style="color:red">removed per stipulation</span> |
| | | | **Total** | | **1,540.00** |

**Time Summary**

We appreciate your business    Page 1 of 4

**Ex. D, Pg. 1**

| Professional | Hours | Amount |
|---|---|---|
| Leo Wilking | 4.40 | 1,540.00 |
| **Total** | | 1,540.00 |

| | |
|---|---|
| **Total for this Invoice** | 1,540.00 |
| **Current Account Balance** | 1,540.00 |
| Total Amount to Pay as of **02-10-2026** | 1,540.00 |

## Matter Statement of Account
As of 02-10-2026

| Matter | Balance Due |
|---|---|
| Lindsey Johnson | 1,540.00 |
| **Total Amount to Pay** | **1,540.00** |

Jill Zwagerman
3900 Ingersoll Ave.
Suite 291
Des Moines, IA 50312

February 10, 2026

**Wilking Law Firm, PLLC**
3003 32nd Ave. South - Suite 240
P.O. Box 3085
Fargo, ND 58108-3085

**Invoice Number: 1148**
Invoice Period: 01-05-2023 - 02-10-2026

## REMITTANCE COPY

**RE: Lindsey Johnson**

| | |
|---|---:|
| **Fees** | 1,540.00 |
| **Total for this Invoice** | 1,540.00 |
| **Current Account Balance** | 1,540.00 |
| **Total Amount to Pay as of 02-10-2026** | 1,540.00 |

| Matter | Balance Due |
|---|---:|
| Lindsey Johnson | 1,540.00 |
| **Total Amount to Pay** | **1,540.00** |

Please return this page with your payment.

**Ex. D, Pg. 4**