IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **LINDSEY JOHNSON**<br><br>Plaintiff,<br><br>v.<br><br>**MAYVILLE STATE UNIVERSITY,**<br><br>Defendants. | Case No. 3:24-cv-232<br><br><br><br><br><br>**JOINT STIPULATION AS TO COSTS AND ATTORNEYS' FEES** |

**COMES NOW** Plaintiff Lindsey Johnson and Defendant Mayville State University, by and through their undersigned counsel, stipulate and agree as follows:

1.  This action was brought under Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Attorneys' fees and costs are recoverable under 42 U.S.C. § 2000e-5(k) and 29 U.S.C. § 216(b), and the procedure for seeking such relief is governed by Fed. R. Civ. P. 54(d) and D.N.D. Civ. L.R. 54.1.

2.  On January 27, 2026, Defendant served a Rule 68 Offer of Judgment providing: "Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Mayville State University … hereby offers Plaintiff Lindsey Johnson … judgment in the amount of $75,000.00, plus recoverable costs incurred to the date of this offer." (ECF No. 28-1).

3.  Plaintiff accepted the Rule 68 offer on February 9, 2026 using the exact language of the offer. (ECF No. 28). Plaintiff is therefore the prevailing party for purposes of recovering costs and attorneys' fees under the above fee-shifting statutes and Rule 54(d).

4.  The parties have conferred and agree that Plaintiff is entitled to costs, and the parties further agree on the amount of costs.

1

5.     In accordance with the Rule 68 Offer's limitation to "recoverable costs incurred to the date of the offer," the amounts stated below exclude any costs, fees, or expenses incurred after January 27, 2026.

6.     In addition, as a negotiated compromise to account for work incurred in pursuit of Plaintiff's Equal Pay Act claim, the Parties have agreed to a ten percent (10%) reduction of the attorneys' fees.

7.     Subject to the foregoing, the Parties stipulate that Plaintiff shall be awarded the following amounts:

   i.    Expenses: $8,965.68

   ii.   Attorneys' Fees with the 10% agreed upon reduction: $115,197.75

8.     The total stipulated costs are $124,163.43.

9.     The Parties agree that the amounts in Paragraph 8 fully resolve Plaintiff's request for recoverable costs, attorney fees, and related expenses within the scope of the Rule 68 offer, and Plaintiff will not seek any additional award of costs, fees, or expenses in this action.

10.    The Parties agree that Defendant will pay the $75,000.00 Rule 68 amount as wages subject to applicable withholding and reporting.

11.    The Parties jointly request that the Court adopt this stipulation and enter an order awarding the amounts set forth above and directing the Clerk to tax costs consistent with this stipulation.

| | |
|---|---|
| State of North Dakota<br>Drew H. Wrigley<br>Attorney General<br><br>By:    /s/ Courtney R. Titus             | NEWKIRK ZWAGERMAN, P.L.C.<br>/s/Jill M. Zwagerman            <br>Jill M. Zwagerman   AT0000324<br>jzwagerman@newkirklaw.com<br>*Admitted PHV* |

2

| | |
|---|---|
| Courtney R. Titus<br>Assistant Attorney General<br>State Bar ID No. 08810<br>Office of Attorney General<br>500 North 9th Street<br>Bismarck, ND 58501-4509<br>Telephone (701) 328-3640<br>Email ctitus@nd.gov<br><br>By:   /s/ Jane G. Sportiello<br>Jane G. Sportiello<br>Assistant Attorney General<br>State Bar ID No. 08900<br>Office of Attorney General<br>500 North 9th Street<br>Bismarck, ND  58501-4509<br>Telephone (701) 328-3640<br>Facsimile (701) 328-4300<br>Email jsportiello@nd.gov<br><br>Attorneys for Mayville State University. | Myles D. Young AT0015091<br>myoung@newkirklaw.com<br>*Admitted PHV*<br>3900 Ingersoll Ave., Suite 201<br>Des Moines, IA 50312<br>Telephone: 515-883-2000<br>Fax: 515-883-2004<br><br>Leo FJ Wilking (ND 03629)<br>Wilking Law Firm<br>3003 32nd Ave S., Suite 240<br>Fargo, ND 58103<br>Phone: (701) 356-6823<br>Fax: (701) 478-7621<br>lwilking@wilkinglaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** |